IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DINA B. DAVIS**                                                                                           **PLAINTIFF**

v.                     **CASE NO. 5:15CV00157 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Joe J. Volpe has been reviewed. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in all respects. Accordingly, Davis's complaint is dismissed with prejudice.

IT IS SO ORDERED this 28th day of July 2016.

_____
UNITED STATES DISTRICT JUDGE